UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERY SELYMES, individually, and as Personal Representative of the ESTATE OF LINDA MARIE SELYMES,<br><br>                Plaintiff,<br><br>v.<br><br>QUALITY FOOD CENTER, INC. (aka QFC), a wholly owned subsidiary of THE KROGER CO., an Ohio Corporation doing business in Washington,<br><br>                Defendants. | No.: 2:20-cv-01156 -RSL<br><br>ORDER EXTENDING DEADLINES FOR EXPERT REPORTS AND AMENDMENT OF PLEADINGS |

     Pursuant to the stipulation of the parties, the deadlines set forth in the Court's Minute Order Setting Trial Date & Related Dates are hereby amended as follows:

     Reports from expert witnesses under FRCP 26(a)(2) shall be due May 7, 2021.

     Deadline to amend pleadings shall be May 7, 2021.

Dated this 16th day of April, 2021.

                                                      */s/ Robert S. Lasnik*
                                                      Robert S. Lasnik
                                                      United States District Judge