UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERY SELYMES, individually and as Personal Representative of the ESTATE OF LINDA MAIRE SELYMES,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY FOOD CENTER, INC.,<br><br>Defendant. | Cause No. C20-1156RSL<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT FOR DAMAGES |

This matter comes before the Court *sua sponte*. On April 20, 2021, plaintiff filed a First Amended Complaint for Damages. The original pleading and the answer thereto were served more than twenty-one days ago, and there is no indication that defendant provided written consent to the amendment. *See* Fed. R. Civ. P. 15(a). The amended pleading (Dkt. # 12) is therefore STRICKEN and will not be considered.

Dated this 21st day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1