UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERY SELYMES, individually, and as Personal Representative of the ESTATE OF LINDA MARIE SELYMES,<br><br>            Plaintiff,<br><br>    v.<br><br>QUALITY FOOD CENTER, INC. (aka QFC), a wholly owned subsidiary of THE KROGER CO., an Ohio Corporation doing business in Washington,<br><br>            Defendants. | No.: 2:20-cv-01156 -RSL<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT |

### I.    STIPULATED MOTION

The parties hereby jointly move this court, pursuant to FRCP 15(a)(2), LCR 7(d)(1), and LCR 10(g) for leave to allow plaintiff to file a First Amended Complaint in the form attached hereto as Exhibit A. Plaintiff's complaint names "Quality Food Center, Inc." as a defendant. This entity no longer exists as a corporation, following a merger with Fred Meyer Stores, Inc. in 2004. (Dkt. 6). Fred Meyer Stores, Inc. is the entity that operated the QFC store where the subject incident occurred and is a subsidiary of The Kroger Co. The parties agree that plaintiff should be given leave to file an amended complaint that identifies Fred

CERTIFICATE OF SERVICE: STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT
NO.: 2:20-CV-01156     PAGE 1

**Greaney Scudder Law Firm, PLLC**
203 Madison Ave.
Kent, WA 98032
PH: (253) 859-0220
Fax: (253) 859-0440

Meyer Stores, Inc. as the correct defendant and removes Quality Food Center, Inc. since that entity no longer exists. Defendant The Kroger Co. consents to this amendment.

DATED: April 27, 2021

GREANEY SCUDDER LAW FIRM, PLLC

By /s/_____
    John J. Greaney, WSBA #11252
    Email: jgreaney@greaneylaw.com
    Attorney for Plaintiff

BULLIVANT HOUSER BAILEY PC

By /s/_____
    Charles A. Willmes, WSBA #23216
    E-mail:Charles.willmes@bullivant.com
    Attorneys for Defendant, The Kroger Co.

## **ORDER**

IT IS SO ORDERED.

Dated this 27th day of April, 2021.

*[signature: M S Lasnik]*
THE HONORABLE ROBERT S. LASNIK
United States District Judge

CERTIFICATE OF SERVICE: STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT
NO.: 2:20-CV-01156    PAGE 2

Greaney Scudder Law Firm, PLLC
203 Madison Ave.
Kent, WA 98032
PH: (253) 859-0220
Fax: (253) 859-0440