UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERY SELYMES, individually and as Personal Representative of the ESTATE OF LINDA MARIE SELMES, <br><br> Plaintiff, <br><br> v. <br><br> FRED MEYER STORES, INC., <br><br> Defendant. | Cause No. C20-1156RSL <br><br> ORDER |

This matter comes before the Court on plaintiff's motion for permission to file an overlength motion for sanctions, including judgment on liability. Dkt. # 21. The motion is DENIED as moot. Regardless whether LCR 7(d)(2) or (3) applies,[1] the underlying sanctions motion is less than twelve pages long when the caption, signature block, and certificate of service are excluded pursuant to LCR 7(e)(6)

Dated this 7th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] LCR 7(d)(1) and (e)(1) do not apply to plaintiff's motion.

ORDER - 1