UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMERY SELYMES, individually, and as Personal Representative of the ESTATE OF LINDA MARIE SELYMES,

Plaintiff,

v.

FRED MEYER STORES, INC., an Ohio corporation doing business in Washington, d/b/a WILDERNESS VILLAGE QFC; and as a wholly owned subsidiary of THE KROGER CO., an Ohio corporation doing business in Washington,

Defendants.

No.: 2:20-cv-01156 RSL

ORDER

This matter comes before the Court on Defendants' motion for permission to file an overlength response to Plaintiff's Motion for Sanctions, including judgment on liability (Dkt. #21). This motion is GRANTED. Defendants have up to and including twenty (20) pages in which to submit their response brief. Plaintiff's have up to and including ten (10) pages in which to reply.

ORDER
No.: 2:20-cv-01156 RSL

Page 1

Bullivant|Houser|Bailey PC
925 4th Ave., Suite 3800
Seattle, WA 98104
Telephone: 206.292.8930

DATED this 26th day of July, 2021.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
No.: 2:20-cv-01156 RSL

Page 2

**Bullivant|Houser|Bailey PC**
925 4th Ave., Suite 3800
Seattle, WA 98104
Telephone: 206.292.8930