UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERY SELYMES, individually and as Personal Representative of the ESTATE OF LINDA MARIE SELYMES,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., et al.,<br><br>Defendants. | Cause No. C20-1156RSL<br><br>ORDER |

This matter comes before the Court on defendants' "Motion to File Overlength *in Limine* Briefing." Dkt. # 38. There are two substantive motions pending, and the deadline for filing motions *in limine* has been continued. The motion for leave to file an overlength brief is therefore DENIED as premature.

Dated this 7th day of September, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER